20030—Joseph L. Tillman v. Toledo (City); motion for Lucas Appeals to certify. Smith, Baker, Effler &

(Continued on Page 527)

## PUBLISHER'S COLUMN

# The Ohio Law Abstract

Entered as second class matter, February 28, 1923, at the Post Office, Cleveland, Ohio, under the Act of March 3, 1879

Issued Every Saturday      50 Weeks of the Year

### SUBSCRIPTION PRICES AND TERMS

One year (50 issues) Payable in Advance.......$15.00
Single Numbers .................................35
When cash is mailed to us in advance
20 per cent discount

RENEWALS, not prepaid (per mo. $1.25).......$15.00
No discount allowed after expiration date
NEW RULE, effective July 1, 1926—All delinquents for 60 days or more, discontinued without notice.

### DIGESTS and PRICES

Ternary Digest, alone ......................... $7.50
Subject to 20 percent, if cash paid with order

Abstract, one year, and Ternary Digest, if ordered and paid for together, net.....................$18.00

June Semi annual Digest, Free to all paid Abstract Subscribers. To non-subscribers to Abstract, net.. $1.50

December Annual Digest (Supplement to Ternary) 1926, net .................................... $3.00

To non subscribers to Abstract, net............. $5.00

**THE LAW ABSTRACT COMPANY**
Office Editorial Rooms and Library
13916 Euclid Avenue, Cleveland, O.
Address all mail communications to
P. O. Box 2455, Cleveland

---

### EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their subscription is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

## COMMENDABLE PRIORITY OF THE ABSTRACT

True to its pretensions and practices, the Abstract is now furnishing Ohio case law to its subscribers with commendable promptness and completeness. Take the Court of Appeals opinions, as an instance. A comparison shows, that nearly every case published in the Volume 18 of Reports of that court, just issued, had been published in the Abstract, from two to twelve months, before it came out in that report; and in fact prior to its publication elsewhere.

The same is also true as to the cases that are now being published for the succeeding volumes. With but three exceptions, they have all been published in the Abstract, from one month to a year ahead of all other publications in which they have appeared.

While this is true as to the cases from this court officially published, the Abstract has to its credit, the long lists of appeals cases, published in it every week, aggregating many hundred every year, that cannot be elsewhere read.

Further than this, the Abstract supplies many Ohio Court opinions from the Federal and Common Pleas courts, and the holdings of the Attorney General, some of which never appear in print elsewhere. Its method, thus makes the whole mass of Ohio case law accessible to Abstract readers, not only before others get it, but conveniently, collectively and usefully.

In this way the Abstract becomes not only the "place to look for the law," but to acquire "first aid" in needed knowledge of it. It is also a compendium of all of it, rather than a mere parcel of the authorities.

Besides this, it gives a Digest Service, far exceeding in scope and contents everything else of this nature, that can be had.

We want it understood and remembered that we expect to continue to make advance publication of all new cases, and that the whole body of the law will thus be given publicity and be preserved.

Now is the time when lawyers should take an account of stock, so to speak, and get ready for the dispatch of business when court sessions open next month. Nothing so becomes an attorney in a case as preparedness, and nothing so well befits him in getting it as the Ternary Current Ohio Law Digest, which brings and keeps him and his library down to date.

---

## THE MONTHLY DIGESTS

Owing to the fact that in August, court assizes in Ohio are rare, lawyers are not called upon to do much preparatory case law research. A monthly July Digest, seems now to be somewhat superfluous, as its contents would be a repetition of the four preceding numbers of the Abstract, and be easily found by perusing them. As much of the month of September, will, in the research work of the Bench and Bar be about the same as in August, and lawyer activities in looking up authorities will be somewhat limited, and digest users will be scarce, and but few, if any, will be much hindered, by running through a few additional weekly digests. The July Digest and probably the August monthly, will be merged with the September, and all will appear cumulated in a September quarterly Digest.

## THIS WEEK'S DIGEST
## Cases Published in the Abstract

18.  ACCOUNTING.  See 313.  Corporations.

27.  ACTIONS.  See 267.  Compromise.

100.  ASSAULT & BATTERY.  See 480.  Evidence.

106.  ASSIGNMENTS.  See 851.  Notice.

147.  BILLS & NOTES.

When a construction loan has been granted on mortgage security and the note negotiated before the payment of the full amount of the loan, the mortgage going into the hands of a receiver in the meantime, may the second holder of the note maintain an action in foreclosure (542) and for personal judgment for the face of the note?  Kerman et v. Building & Loan Co. OS.  Pend.  4 Abs.  522.

Where makers of note pay same voluntarily and later claim fraud existed in the transaction, such voluntary payment to a bank which subsequently purchased the note constitutes it a mere channel through which part of the consideration for the purchaser passed from buyer to seller.  Zimmerman et v. Second Nat'l Bank. OA.  4 Abs.  514.

206.  CARE.  See 301.  Contributory Negligence.

225.  CHARGE TO JURY.

Although giving of requests is made mandatory, it is not prejudicial error (465) to refuse such requests when

---

## STATE SUPREME COURT
### (Continued from Page 525)

Eastman, Toledo, for pltf; F. M. Dotson and C. F. Lawton, Toledo, for deft.

20032—Hal G. Knight v. Bertha Hall; motion for Summit Appeals to certify. L. J. Myers, Akron, for pltf; C. R. Grant, Akron, for deft.